UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY SUPERIOR COURT, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00062-RJB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 14).

(2) Plaintiff's Complaint (Dkt. 13) is dismissed without leave to amend.

(3) Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 4) is denied as moot, and this case is closed.

(4) The Clerk is directed to send copies of this order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 14th day of June, 2023.

ROBERT J. BRYAN
United States District Judge